08-02PO-NPT

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3163342 | Hutchinson Kelly | H7394 |

CVB Location Code: DE-10

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 12/21/2007  1:16 hrs
Offense Charged: □ CFR  □ USC  ☒ State Code — DE Title 21 Section 4103b
Place of Offense: Atlantic Street and Main Gate way
Offense Description: Failure to Stop at Command of Police Officer

### DEFENDANT INFORMATION
Last Name: Baldwin
First Name: Robert
Street Address: [REDACTED]
City: Lincoln   State: DE   Zip Code: 19660
Phone: (302) ___
Drivers License No: [REDACTED]  D.L. State: DE
☒ Adult  □ Juvenile   Sex: ☒ Male  □ Female
Social Security No: ___
Date of Birth: [REDACTED]

### VEHICLE DESCRIPTION
Tag No: 365233   State: DE   Year: 97
VIN: 2G1WL52M1V1151494
Make/Model: Chevy   Color: Grey
Hair: Brn   Eyes: Brn   Height: 5'9"   Weight: 185

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

Court Address: The Federal Building, US District Court, 844 King St, Wilmington DE 19801

YOUR COURT DATE
Date (mm/dd/yyyy): ___   Time (hh:mm): ___
(If no court appearance date is shown you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Unable to Sign / Taken into Custody

---

REDACTED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 December 20 07 while exercising my duties as a law enforcement officer in the Kent District of Delaware

See Attachment

_____
_____

The foregoing statement is based upon
☒ my personal observation   □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 12/21/07
Date (mm/dd/yyyy)   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 1/17/2008 08 07 12